NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Latour Hotels and Resorts, | No. CV-16-01610-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| DHI Management Company LLC, *et al.*, | |
| Defendants. | |

At issue is the Court's Order (Doc. 62) requiring Plaintiff and Defendants Patrick and Jane Doe Clifton to file a stipulation to dismiss within 30 days of September 28, 2017. That time has passed, and they filed no such stipulation. As a result, the Court will dismiss Plaintiff's claims against these Defendants with prejudice.

Also at issue is Plaintiff's Motion for Default Judgment (Doc. 54). As the Court stated in its prior Order (Doc. 65), Plaintiff is entitled to default judgment against Defendant DHI Management Company for a sum certain, namely, $300,000 plus interest and costs. Because all of Plaintiff's claims against all Defendants have now been resolved, the Court can enter final judgment for Plaintiff and against Defendant DHI Management Company.

IT IS THEREFORE ORDERED dismissing Plaintiff's claims against Defendants Patrick and Jane Doe Clifton with prejudice.

IT IS FURTHER ORDERED granting Plaintiff's Motion for Default Judgment (Doc. 54).

1   IT IS FURTHER ORDERED that, because Plaintiff's request for default judgment

2   is for a sum certain and supported by an affidavit showing the amount due, as required by

3   Federal Rule of Civil Procedure 55(b)(1), the Clerk of Court shall enter final judgment

4   for the amount and costs requested by Plaintiff against Defendant DHI Management

5   Company, namely, $300,000 plus interest thereon at the legal rate plus costs in the

6   amount of $687.69. (*See* Doc. 64-1.)

7   IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

8   Dated this 7th day of November, 2017.

9

10
_____
Honorable John J. Tuchi
11
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28