# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Latour Hotels and Resorts, | **NO. CV-16-01610-PHX-JJT** |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| DHI Management Company LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant DHI Management Company in the amount of $300,000.00 plus interest thereon at the legal rate plus costs in the amount of $687.69.

Brian D. Karth<br>District Court Executive/Clerk of Court

November 7, 2017

By    s/ Sara L. Quinones<br>Deputy Clerk